Kenneth A. Okazaki (USB # 3844)
Timothy B. Smith (USB # 8271)
Taryn N. Evans (USB # 14638)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
kokazaki@joneswaldo.com
tsmith@joneswaldo.com
tevans@joneswaldo.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XLEAR, INC., a Utah corporation,<br><br>    Plaintiff,<br>vs.<br><br>FOCUS NUTRITION, L.L.C., a Utah limited liability company,<br><br>    Defendant. | **STIPULATION FOR DISMISSAL**<br><br>Civil No. 2:16-cv-00643-DB<br><br>Judge Dee Benson |

Plaintiff Xlear, Inc. ("Plaintiff") and Defendant Focus Nutrition, L.L.C. ("Defendant"), hereby stipulate to the dismissal with prejudice of the claims asserted in this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party expressly reserves its right to seek an award of attorney's fees and costs from the Court.

1273667.1

- 2 -

IT IS SO STIPULATED.

          Attorneys for Plaintiff
          JONES WALDO HOLBROOK & McDONOUGH PC

          By: */s/ Timothy B. Smith*
             Kenneth A. Okazaki
             Timothy B. Smith

          Attorneys for Defendant
          CLYDE SNOW & SESSIONS

          By: */s/ Matthew A. Steward (with permission)*
             Matthew A. Steward

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2017, I served the foregoing **STIPULATION FOR DISMISSAL** via the Court's electronic filing system on the following:

Matthew A. Steward (Bar No. 7637)
Shannon K. Zollinger (Bar No. 12724)
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Email: mas@clydesnow.com
skz@clydesnow.com

*/s/ Julie Gatherum, legal assistant*

1273667.1